



## MEMORANDUM OPINION

No. 04-10-00799-CV

**MYRON F. STEVES & COMPANY**,
Appellant

v.

Delfino **PARRA**, Jr.,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2006-CVF-001675-D2
Honorable Raul Vasquez, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  May 11, 2011

REVERSED and REMANDED

The parties have filed a "Joint Motion to Dismiss Appeal" stating they have reached a settlement, and requesting that we set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement.  The motion is granted.  The judgment of the trial court signed on August 5, 2010 is reversed, and the cause is remanded to the trial court for further proceedings.

*See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM